**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| AL MAHDI F. MOHAMMED, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:26-cv-241 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| FST LOGISTICS, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

---

### ORDER OF TRANSFER

---

Plaintiff Al Mahdi F. Mohammed ("Plaintiff") filed the present Complaint against Defendant FST Logistics ("Defendant"), on June 15, 2026, in the Hamilton County Court of Common Pleas, in Cincinnati, Ohio.  (Doc. No. 1.)  On July 14, 2026, Defendant removed the matter to this Court, and in the Dayton seat of Court in particular.  (*See id.*)

According to 28 U.S.C. § 1391(b), civil suits may be brought only in the judicial district where (1) any defendant resides, if all defendants reside in the same State; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) any defendant may be found, if there is no district in which the claim may otherwise be brought.  When venue is not proper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  28 U.S.C. § 1406(a).  "[E]ven when venue is proper, a district court may transfer a civil action to any other district where it might have been brought for the convenience of the parties and witnesses and in the interest of justice."  *Ragland v. Corizon*

1

*Med. Providers Inc.*, No. 2:19-CV-11859, 2019 WL 2716221, at *2 (E.D. Mich. June 28, 2019) (citing 28 U.S.C. § 1404(a)).  Both 28 U.S.C. §§ 1404(a) and 1406(a) allow a district court to transfer a case *sua sponte*.  *Flynn v. Greg Anthony Constr. Co., Inc.*, 95 F. App'x. 726, 738 (6th Cir. 2003).

Here, the interests of justice and principles of convenience require that Plaintiff's action be transferred to the Cincinnati seat of Court.  Plaintiff originally filed this case in Cincinnati because he lives there and his choice of forum can still be partially respected even in the face of removal. Therefore, the Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the Southern District of Ohio, Western Division at Cincinnati for all further proceedings and assigned a corresponding case number.  Further, upon transfer, this matter shall, accordingly, be randomly assigned to judicial officers in the Cincinnati seat of Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, July 14, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2